SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
LARRY DUNN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DUNN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>5850 WASHINGTON, LLC; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 2:21-cv-07300 RGK (MARx)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: June 27, 2022<br>Time: 9:00 a.m.<br>Courtroom: 850<br><br>Honorable Judge R. Gary Klausner |

　　　To Defendant 5850 WASHINGTON, LLC and the attorneys of record, if any: Please take notice that on June 27, 2022, at 9:00 a.m., or as soon thereafter as this matter may be heard by this Court located at 255 East Temple St., Los Angeles, California, Plaintiff LARRY DUNN will present Plaintiff's motion for default judgment against Defendant 5850 WASHINGTON, LLC. The Clerk has previously entered the default on said Defendant on April 27, 2022.

　　　At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant 5850 WASHINGTON, LLC is not a minor or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief

1 Act of 1940; (2) Defendant 5850 WASHINGTON, LLC has not appeared in this action;
2 and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims
3 pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.
4     The Plaintiff seeks a judgment in the amount of $2,527.00 in attorney fees and
5 costs as set forth in the attached declaration of Jason J. Kim and an Order directing the
6 Defendant to: make alterations in such a manner that, to the maximum extent feasible, the
7 goods, services, facilities, privileges, advantages, or accommodations offered by
8 Defendant is readily accessible to and usable by individuals with disabilities at the
9 property located at or about 5850 Washington Blvd., Culver City, California. This motion
10 is based on this notice, the declarations submitted in support of this motion, and other
11 matters which may be presented at the hearing.
12     Notice of the original motion for default judgment by court was served on
13 Defendant 5850 WASHINGTON, LLC on May 27, 2022 by first class United States
14 Mail, postage prepaid.

16 Dated: May 27, 2022     **SO. CAL. EQUAL ACCESS GROUP**

19     By:   _/s/ Jason J. Kim_____
20           Jason J. Kim, Esq.
          Attorneys for Plaintiff